**ORIGINAL**

```
                                    FILED
                              2007 APR -4 PM 3:35
                              CLERK US DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA

                            BY_____ CP ____DEPUTY
```

UNDER SEAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06CR1948-BTM |
| Plaintiff, | |
| v. | **ORDER** |
| | **TO FILE *IN LIMINE* MOTION** |
| GUADALUPE FELIX, JR., | ~~AND~~ **EXHIBITS UNDER SEAL** |
| Defendant. | |

**IT IS HEREBY ORDERED**, good cause appearing, that the *[exhibits listed below to]* defendant's motion *in limine* to suppress defendant Felix's jailhouse telephone calls with Exhibits A, B, C, D and E be filed under seal along with his request to file under seal ~~and this Order~~. *The motion shall not be under seal —*

**SO ORDERED.**

Dated: 4-3-07

HONORABLE BARRY T. MOSKOWITZ
U.S. District Judge